(100 So. 925)

A. B. McGREGOR v. STATE. (1 Div. 580.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Assault and battery.

FOSTER, J. Appeal dismissed.

(102 So. 923)

Henry MACK v. STATE. (6 Div. 607.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Grand larceny.

FOSTER, J. Appeal dismissed.

(102 So. 923)

Ed McLAUGHLIN v. STATE. (6 Div. 535.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

BRICKEN, P. J. The prosecution against this appellant originated in the county court of Tuscaloosa county; the specific charge being a violation of the state prohibition laws. He was convicted in the county court, and appealed to the circuit court. In the circuit court he was tried by a jury, upon a complaint filed by the solicitor, charging the same offense. The jury returned a verdict of guilty, and judgment following the verdict was duly pronounced, from which judgment this appeal was taken. No points of decision are presented for the consideration of this court. The record proper, upon which the appeal is predicated, is regular in all respects, and therefore free from error. Let the judgment of conviction in the circuit court be affirmed. Affirmed.

(100 So. 925)

C. McPHERSON v. E. F. WHITTEN. (8 Div. 102.) (Court of Appeals of Alabama. May 22, 1924.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(100 So. 926)

Jack MALLETTE, alias, etc., v. STATE. (6 Div. 532.) (Court of Appeals of Alabama. June 24, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

BRICKEN, P. J. Appeal dismissed.

(100 So. 926)

Pat MALOY v. STATE. (5 Div. 454.) (Court of Appeals of Alabama. June 24, 1924.) Appeal from Circuit Court, Russell County; Lum Duke, Judge. Violating prohibition law.

FOSTER, J. This cause was submitted on the record proper. The record discloses no error. The judgment of the lower court is affirmed.

(102 So. 923)

George MALOY v. STATE. (4 Div. 21.) (Court of Appeals of Alabama. Jan. 13, 1925.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

PER CURIAM. Appeal dismissed upon motion of appellant.

(102 So. 923)

Donald MATHIEW v. STATE. (3 Div. 498.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Assault with intent to murder.

SAMFORD, J. Appeal dismissed.

(104 So. 923)

Bettie MAYHALL v. D. A. WARD et al. (8 Div. 287.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Franklin County; Charles P. Almon, Judge.

SAMFORD, J. Affirmed.

(101 So. 924)

W. E. MEYERS, alias, etc., v. STATE. (1 Div. 585.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; O. A. Steele, Judge. Attempt to corruptly influence a juror.

SAMFORD, J. Affirmed.

(103 So. 925)

M. H. ASBELL & SON v. M. NORMAN. (4 Div. 120.) (Court of Appeals of Alabama. April 7, 1925.) Appeal from Circuit Court, Bullock County; J. S. Williams, Judge.

BRICKEN, P. J. Appellee recovered judgment against appellant in the circuit court of Bullock county on July 28, 1924, for the sum of $126.13 and the costs of the proceeding. From said judgment an appeal was taken to this court on September 30, 1924, but the appeal was never perfected. The cause is here submitted on motion to affirm, which motion is accordingly granted. Let the judgment appealed from stand affirmed. Affirmed.

(103 So. 926)

Aus MILAM v. STATE. (7 Div. 69.) (Court of Appeals of Alabama. Feb. 17, 1925.) Appeal from Circuit Court, Talladega County; S. W. Tate, Judge. Public drunkenness.

SAMFORD, J. There is no bill of exceptions, and, no error appearing in the record, the judgment is affirmed. Affirmed.

(102 So. 924)

Robert MOBLEY v. STATE. (1 Div. 597.) (Court of Appeals of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J. The indictment preferred against this appellant charged him with the offense of robbery. He was tried and convicted of robbery at the June term, 1924, of the Mobile circuit court, and the jury fixed his punishment at imprisonment in the penitentiary for 10 years. From the judgment of conviction he appealed, and the appeal is here presented upon the record proper, without a bill of exceptions. The record is regular in all respects, and, no error appearing thereon, the judgment of conviction appealed from will stand affirmed. Affirmed.